# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 25-259 MLG | UNITED STATES vs. ELSMAN |
|---|---|

**Before The Honorable Karen B. Molzen, United States Magistrate Judge**

| Hearing Date: | February 12, 2025 | Time In and Out: | 12:00 pm-12:31 pm |
|---|---|---|---|
| Clerk: | Kim | Digital Recording: | ABQ-Pecos |
| Defendant: | Neill Elsman | Defendant's Counsel: | Shaheen Torgerly |
| AUSA: | Shana Long & Katherine Lewis | Interpreter: | N/A |

☐ Sworn
☐ Waived

- [x] Defendant Sworn
- [x] First Appearance
- [x] Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
- [x] Deft acknowledges receipt of: **Information**
- [x] If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
- [x] Terms and conditions of proposed plea agreement explained.
- [x] Defendant indicates understanding of its terms.
- [x] Factual predicate to sustain the plea provided.
- [x] Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
- [x] Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
- [x] Deft questioned re time to consult with attorney and if satisfied with his or her representation.
- [x] Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).
- [x] Deft pleads GUILTY to: **Information**
- [x] Allocution by Deft on elements of charge(s).
- [x] Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
- [x] Deft adjudged guilty.
- [x] Acceptance of plea agreement deferred until final disposition hearing by district judge.
- [x] Sentencing Date: **to be notified**
- [ ] Defendant to Remain in Custody
- [x] Present conditions of release continued
- [ ] Conditions changed to:
- [x] Penalty for failure to appear explained
- [x] Presentence Report Ordered
- [ ] Expedited (Type III)

Other Matters: Brady advisement;